### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES NICHOLSON, JR., | : | CIVIL ACTION |
| vs. | : | |
| FRANK CIAK, et al. | : | NO. 17-02914 |

### O R D E R

**AND NOW, TO WIT:** This 12th day of September, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Katie Furphy*
Katie Furphy
Civil Deputy Clerk

Copies Emailed on 9/12/17 to:
  Jared Scott Zafran, Esq.
  Stephen J. Devine, Esq.
  Edward J. Gilson, III, Esq.
  Frank W. Baer, Esq.

Civ 2 (7/83)

41.1(b)